1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DONNIE RAY ROBINSON,           )    1:05-cv-01305-LJO-SMS-HC
                                    )
12            Petitioner,            )    **ORDER ADOPTING FINDINGS AND**
                                    )    **RECOMMENDATION** (Doc. 14)
13   v.                             )
                                    )    **ORDER DENYING PETITION FOR**
14   MR. HICKMAN, et al.,           )    **WRIT OF HABEAS CORPUS**
                                    )
15            Respondents.          )    **ORDER DIRECTING CLERK TO**
     _____)    **ENTER JUDGMENT**
16

17        Petitioner is a state prisoner proceeding pro se with a

18   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19        On June 29, 2007, the Magistrate Judge filed Findings and a

20   Recommendation that the Petition for Writ of Habeas Corpus be

21   DENIED, and the Clerk of Court be directed to enter judgment in

22   favor of Respondent.  These Findings and Recommendation were served

23   on all parties and contained notice that any objections were to be

24   filed within thirty (30) days from the date of service of that

25   order.  To date, the parties have not filed timely objections to

26   the Findings and Recommendation.

27   //

28   /

                                   1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, the Court concludes that

4  the Magistrate Judge's Findings and Recommendation are supported by

5  the record and proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed June 29, 2007, are

8  ADOPTED IN FULL;

9    2.   The Petition for Writ of Habeas Corpus is DENIED; and,

10   3.   The Clerk of Court enter judgment in favor of Respondent.

11  IT IS SO ORDERED.

12  **Dated:   August 24, 2007**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2